UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-00367-TWP-MJD |
| | ) | |
| JAMES LANCASTER, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**ENTRY FOR AUGUST 23, 2023**
**THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE**

The Government appeared by Adam Eakman, Assistant United States Attorney. The Defendant appeared in person and by FCD counsel Harold Samuel Ansell. La Tia Dowdell appeared on behalf of the United States Probation Office. Brian Clancy attended as agent for the Government. David Moxley was the Court Reporter. Parties appeared for hearing on Defendant's Petition to Enter a Plea of Guilty and Sentencing at the Indianapolis Courthouse.

On January 24, 2022, Defendant was adjudged guilty of Count 1 Conspiracy to Commit Bank Fraud and Count 2 Theft of Mail as charged in the Information.

The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

Pursuant to the Sentencing Reform Act of 1984, sentence was imposed as stated on the record, including:

Incarceration:  The Defendant was sentenced to the custody of the Bureau of Prisons for a term of 40 months on each of Counts 1 and 2 to be served concurrently.

<u>Restitution:</u>  The Defendant shall make restitution to the victims as stated on the record. The Government will provide U.S. Probation with a notice of payees. Payment is to be made directly to Clerk United States District Court with disbursement to the victim.

<u>Fine:</u> The Court did not order a fine based on the substantial amount of restitution.

<u>Forfeit:</u>  The Defendant shall forfeit the property stated on the record.

<u>Supervised Release</u>:  The Defendant shall be placed on supervised release for a term of 3 years on Count 1 and Count 2 to be served concurrently. The Court imposed the mandatory conditions pursuant to 18 U.S. Code §§ 3563 and 3583. To promote respect for the law, prevent recidivism, and aide in adequate supervision, the Defendant shall also comply with the conditions of supervision which are referenced in the Presentence Investigation Report.  Neither the Government nor the Defendant had any objection to the conditions that were recommended by the probation officer, and the reading of those conditions into the record were waived. The Court imposed all the conditions listed in the Presentence Investigation Report.

<u>Recommendation</u>:  The Court recommends placement as close as possible to central Indiana at the lowest possible security classification for which Defendant qualifies.

The Defendant shall pay to the United States a special assessment of $200.  Payment of the special assessment shall be due immediately and is to be made directly to the Clerk, U.S. District Court.

The Defendant was advised of the right to appeal.

The Defendant was ordered to remain on pretrial release under the conditions previously imposed.  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the Pretrial Services Office.

The Judgment is forthcoming.

IT IS SO ORDERED.

Date:   8/23/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Harold Samuel Ansell
INDIANA FEDERAL COMMUNITY DEFENDERS
Sam_Ansell@fd.org

Adam Eakman
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
adam.eakman@usdoj.gov